IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY WALKER, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:22CV167-ECM |
| | ) |
| STEVE MARSHALL, in his official | ) |
| Capacity as Attorney General of the State | ) |
| of Alabama, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

This is one of two federal lawsuits arising from the passage of Alabama S.B. 184 on April 7, 2022, which was signed into law by Governor Kay Ivey on April 8, 2022. The electronic filing system of the United States District Court for the Northern District of Alabama indicates that on April 8, 2022, *Ladinsky et al. v. Ivey et al.*, 2:22cv447 (N.D. Ala. 2022), was filed in that court, seeking declaratory and injunctive relief against the Governor, the Alabama Attorney General, and the district attorneys of Shelby and Jefferson Counties. Subsequently, on April 11, 2022, the instant case was filed in the United States District Court for the Middle District of Alabama, seeking declaratory and injunctive relief against the Alabama Attorney General and the district attorneys of Limestone[1] and Lee Counties. Although the claims are not identical, both lawsuits include claims on behalf of minor children currently receiving medical treatment which is the subject of the challenged

---

[1] Limestone County, Alabama is in the Northern federal judicial district of Alabama.

law and both contend that the law violates the guarantees of equal protection and due process of the Constitution of the United States.

At issue *sua sponte* is whether this action should be transferred to the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a), in the interest of justice, where it may be decided with *Ladinsky* to avoid the possibility of conflicting rulings, and to conserve judicial resources.

Accordingly, it is ORDERED that the parties shall show cause, if any there be, on or before **April 14, 2022**, why this action should not be transferred to the Northern District of Alabama, where the first-filed action is pending. The parties shall have until **April 15, 2022 at noon,** to file briefs in response.

The Clerk is DIRECTED to serve a copy of this Order on Defendants Steve Marshall, Brian C.T. Jones, and Jessica Ventiere at the mailing addresses on file with the Court.

The Plaintiffs are DIRECTED to serve a copy of this Order along with their summons and complaint.

Done this 13th day of April, 2022.

/s/ Emily Coody Marks
EMILY COODY MARKS
CHIEF UNITED STATES DISTRICT JUDGE